# United States District Court
# For The Western District of North Carolina
# Statesville Division

JAMES MATTHEW PARSONS,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV99-2-V

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2009, Order.

Signed: October 20, 2009

Frank G. Johns, Clerk
United States District Court